UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05cr1630L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS |
| | ) | INDICTMENT AND WITHDRAW |
| CHARLES C. MORONE (4), | ) | ARREST WARRANTS |
| MICHAEL V. COLEMAN (5) | ) | |
| | ) | |
| Defendants. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom, IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice as to the above-captioned defendants, and the arrest warrants be withdrawn.

DATED: October 11, 2011

_____
M. James Lorenz
United States District Court Judge